# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/31/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 04-00036SOM

CASE NAME:        USA vs. (01) Young Eun Chung; (02) Sang Mo Chung; and (03) McCully Market Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Susan Oki Mollway        REPORTER:

DATE:     3/31/2006                TIME:

COURT ACTION: EP:

Pursuant to Mr. Harrison 's request, new dates given:

Jury Selection/Trial set for 4/25/06 @ 9:00 a.m. SOM is continued to 5/17/06 @ 9:00 a. m. SOM.

Final Pretrial Conference set for 4/3/06 @ 10:00 a.m. LEK is continued to 4/24/06 @ 10:00 a.m. LEK.

All parties notified by Mr. Harrison.

Mr. Kawahara AUSA to prepare the stipulation to continue and to exclude time.

Submitted by: Toni Fujinaga, Courtroom Manager.