# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 04-00036SOM

CASE NAME: USA vs. (01) Young Eun Chung; (02) Sang Mo Chung and (03) McCully Market, Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Susan Oki Mollway                REPORTER:

DATE: 4/21/2006                          TIME:

COURT ACTION: EO: New dates given:

Jury Selection/Trial set for 5/17/06 @ 9:00 a.m. SOM is continued to 8/29/06 @ 9:00 a.m. SOM.

Final Pretrial Conference set for 4/24/06 @ 10:00 a.m. LEK is continued to 7/31/06 @ 10:00 a.m. LEK.

All parties notified by Mr. Harrison.

Mr. Kawahara AUSA to prepare the stipulation to continue and to exclude time.

Submitted by: Toni Fujinaga, Courtroom Manager.