# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/07/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 04-00036SOM

CASE NAME:         USA v. (01) Young Eun Chung

ATTYS FOR PLA:     Michael K. Kawahara

ATTYS FOR DEFT:    (01) William A. Harrison

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:    C6F

DATE:     08/07/2006               TIME:        10:08 - 10:14

COURT ACTION:  EP: Final Pretrial Conference as to (01) Young Eun Chung - deft's presence waived.  Court to prepare Final Pretrial Order.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge Susan Oki Mollway on August 29, 2006 at 9:00 a.m..

Representations by counsel on trial time:
The United States and Defendant (01) Young Eun Chung: Total of 3-4 days.

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made.

1. Fed. R. Evid. 404(b) : N/A
2. a. Motions in Limine filed and served by : August 16, 2006.
   b. Memoranda in opposition to motions in Limine filed and served by: August 22, 2006.
3. Brady and Giglio Material by: August 9, 2006
4. a. Jury Instructions exchanged by August 14, 2006.
   d. Filings required by 4(b) & (c) by August 21, 2006.
5. Witness Lists per stipulation by August 22, 2006.
6. Exhibits
   a. Parties will exchange exhibits.
   b. Original exhibits tabbed and in binders, copy in binders.
7. Stipulations: In writing and filed by August 16, 2006.

8. Voir Dire Questions: In writing by August 16, 2006.
9. Trial Briefs: by August 16, 2006.
10. Jencks Disclosures by the Friday before trial
11. Other Matters:
12. N/A

cc: Tammy Kimura
Submitted by Richlyn Young, Courtroom Manager

CR 04-00036SOM;
USA v. (01) Young Eun Chung;
Final Pretrial Conference Minutes
08/07/2006