Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON    #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii 96813
Telephone Number: 523-7041
Facsimile Number: 538-7579
E-Mail: wharrison@hamlaw.net

Attorney for Defendant
YOUNG EUN CHUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | ) CR. NO. 04-0036 SOM-02 |
|---|---|
| Plaintiff, | ) |
| | ) NOTICE OF MOTION FOR |
| vs. | ) PERMISSION TO ENTER ALFORD |
| | ) PLEA; DECLARATION OF COUNSEL; |
| YOUNG EUN CHUNG | ) MOTION FOR PERMISSION TO ENTER |
| | ) ALFORD PLEA; MEMORANDUM IN |
| Defendant. | ) SUPPORT OF MOTION FOR |
| | ) PERMISSION TO ENTER ALFORD |
| | ) PLEA; CERTIFICATE OF SERVICE |
| | ) |
| | ) Date: August 21, 2006 |
| | ) Time: 3:45 p.m. |
| | ) Magistrate Judge: Honorable SUSAN O. |
| | ) MOLLWAY |

NOTICE OF MOTION FOR ENTRY OF ALFORD PLEA

TO:   MICHAEL KAWAHARA ESQ.
      Assistant U.S. Attorney
      Room 6100
      U.S. Courthouse
      300 Ala Moana Boulevard

Honolulu, Hawaii 96813
(Attorney for Plaintiff UNITED STATES OF AMERICA)

PLEASE TAKE NOTICE that on August 21, 2006 at 3:45 p.m., the following motion will be heard before The Honorable SUSAN O. MOLLWAY, United States Judge, in her courtroom in the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, or soon thereafter counsel may be heard.

DATED at Honolulu, Hawaii, August 17, 2006.

Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON
Attorney for Defendant
YOUNG EUN CHUNG

2

UNITED STATES OF AMERICA v. YOUNG EUN CHUNG; CR. NO. 04-0446SOM; **Notice of Hearing Motion for Permission To Enter Alford Plea**