IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-0036 SOM |
|---|---|---|
| Plaintiff, | ) ) ) | DECLARATION OF COUNSEL |
| vs. | ) ) ) | |
| YOUNG EUN CHUNG | ) ) | |
| Defendant. | ) ) | |

DECLARATION OF COUNSEL

I, WILLIAM HARRISON, declare as follows:

1. That I am the attorney for Defendant YOUNG EUN CHUNG in the above-entitled action;

2. That the facts as set out in the attached memorandum are true and correct to the best of my knowledge and belief;

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED at Honolulu, Hawaii, August 17, 2006.

Law Offices Of:
HARRISON & MATSUOKA

_____
WILLIAM A. HARRISON
Attorney for Defendant
YOUNG EUN CHUNG