IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-0036 SOM |
| ) | |
| Plaintiff, ) | MOTION FOR PERMISSION TO |
| ) | ENTER ALFORD PLEA |
| vs. ) | |
| ) | |
| YOUNG EUN CHUNG ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR PERMISSION TO ENTER ALFORD PLEA

Comes now Defendant YOUNG EUN CHUNG, by and through her counsel, WLLIAM A. HARRISON and HARRISON & MATSUOKA, and moves this Honorable Court for an order permitting her to enter an Alford Plea in this case.

This matter is brought pursuant to *Federal Rule of Criminal Procedure 11(a) (3)* and *North Carolina v. Alford, 400 U.S. 25, 91 S. Ct. 160, 27 L.Ed.2d 162 (1970),* and such further matter which may be adduced at the hearing thereon.

DATED at Honolulu, Hawaii, August 17, 2006.

Law Offices Of:
HARRISON & MATSUOKA

_____
WILLIAM A. HARRISON
Attorney for Defendant
YOUNG EUN CHUNG

4

UNITED STATES OF AMERICA v. YOUNG EUN CHUNG; CR. NO. 04-0446SOM; **Notice of Hearing Motion for Permission To Enter Alford Plea**