CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Hearing Motion for Permission to Enter an Alford Plea was duly served upon the following parties listed below, in the manner described thereto, at their last-known addresses on the date of filing.

|  | By U.S. Mail | by Facsimile |
|---|---|---|
| MICHAEL KAWAHARA, ESQ.<br>Assistant U.S. Attorney<br>300 Ala Moana Blvd, Rm. 6-100<br>Honolulu, Hawaii 96850 | X    AND | X |

Attorney for Plaintiffs
UNITED STATES OF AMERICA

Dated: Honolulu, Hawaii, August 17, 2006.

Law Offices Of:
HARRISON & MATSUOKA

_____/s/_____
By WILLIAM A. HARRISON
Attorney for Defendant
YOUNG EUN CHUNG

12

UNITED STATES OF AMERICA v. YOUNG EUN CHUNG; CR. NO. 04-0446SOM; **Notice of Hearing Motion for Permission To Enter Alford Plea**