# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 04-00036SOM

CASE NAME:       USA vs.  (01) Young Eun Chung and (03) McCully Market Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Susan Oki Mollway          REPORTER:

DATE:     08/21/2006                 TIME:

---

COURT ACTION:  EO: New date given:

Jury Selection/Trial set for 8/29/06 @ 9:00 a.m. SOM is continued to 9/6/06 @ 9:00 a.m. SOM.

Notified: Michael Kawahara AUSA, (01) William Harrison and (03) David Klein.

Mr. Kawahara to prepare the stipulation to continue and to exclude time.

Submitted by: Toni Fujinaga, Courtroom Manager.