# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/28/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 04-00036SOM

CASE NAME: USA vs. (01) Young Eun Chung

ATTYS FOR PLA: Michael Kawahara

ATTYS FOR DEFT: 01 William Harrison

INTERPRETER: Susan Wehrman

JUDGE: Susan Oki Mollway         REPORTER: Debra Chun

DATE: 8/28/2006                  TIME: 10:30 - 11:05

COURT ACTION: EP: Motion for Permission to Enter an Alford Plea -

Defendant (01) Young Eun Chung present with interpreter Susan Wehrman, who was previously sworn.

Arguments.

Court invites additional briefing from the parties.

Defendant to file a brief by 9/15/06.

Government to file a brief by 9/22/06.

This hearing is continued to 10/2/06 @ 9:00 a.m.

Jury Selection/Trial set for 9/6/06 @ 9:00 a.m. is continued to 10/24/06 @ 9:00 a.m.

Time is excluded in light of the pendency of this Motion for Permission to Enter an Alford Plea.

The period from 9/6/06 to and including 10/24/06 is excluded from computation under the Speedy Trial Act.

Submitted by: Toni Fujinaga, Courtroom Manager.