# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/2/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:         CR 04-00036SOM

CASE NAME:           USA vs.  (01) Young Eun Chung

ATTYS FOR PLA:       Michael Kawahara

ATTYS FOR DEFT:      William Harrison

INTERPRETER:         Susan Wehrman

---

JUDGE:     Susan Oki Mollway         REPORTER:     Debra Chun

DATE:      10/2/2006                 TIME:         3:15 - 4:00

---

COURT ACTION:   EP: Continued Hearing on Motion for Permission to Enter an Alford Plea -

Defendant (01) Young Eun Chung present, with Interpreter Susan Wehrman, who was previously sworn.

Arguments.

Mr. Harrison to write a script of the colloquy that he anticipates the defendant will say that will satisfy the basis for an Alford plea after the government summarizes the evidence it could present if this case went to trial by 10/10/06.

Government to respond by 10/16/06.

Mr. Harrison to reply by 10/23/06.

This hearing is continued to 10/30/06 @ 2:15 p.m.

Jury Selection/Trial set for 10/24/06 @ 9:00 a.m. is continued to 11/14/06 @ 9:00 a.m. SOM.

The Court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial.  The Court orders that the period from 10/24/06 to and including 11/14/06 be excluded from computation under the Speedy Trial Act to allow full briefing on this issue.

No stipulation to continue trial and to exclude time will be prepared.

Submitted by: Toni Fujinaga, Courtroom Manager.