# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00036SOM |
| CASE NAME: | USA vs. (01) Young Eun Chung |
| ATTYS FOR PLA: | Michael Kawahara |
| ATTYS FOR DEFT: | 01 William Harrison |
| INTERPRETER: | Susan Wehrman |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 10/30/2006 | TIME: | 2:15 - 3:10 |

COURT ACTION:  EP: Continued Hearing on Motion for Permission to Enter an Alford Plea -

Defendant (01) Young Eun Chung present.

Court is in receipt of Mr. Harrison's letter.

Motion for Permission to Enter an Alford Plea - objection by the Government - Granted.

Court will accept the Alford Plea.

Defendant sworn.

Questioned.

Defendant advised of her rights, including her right to trial by jury, etc.

Government stated the maximum penalties provided by law.

Government stated the essential elements of the offenses.

Government summarized the evidence it could present if this case went to trial.

Guilty Plea to Counts 1 and 2 of the Indictment.

Court accepts the guilty plea pursuant to North Carolina vs. Alford, and the defendant is adjudged guilty.

Referred for presentence investigation and report, and sentencing is set for 2/12/07 @ 1:30 p.m.

Defendant to remain out on bail, same conditions to apply.

Submitted by: Toni Fujinaga, Courtroom Manager.