Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON     #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii  96813
Telephone Number:   523-7041
Facsimile Number:  538-7579
E-Mail:  wharrison@hamlaw.net

Attorney for Defendant
YOUNG EUN CHUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-0036SOM |
| | ) | |
| Plaintiff, | ) | SENTENCING STATEMENT OF |
| | ) | DEFENDANT YOUNG EUN CHUNG; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| YOUNG EUN CHUNG | ) | Sentencing Date: February 12, 2007 |
| Defendant. | ) | Time: 1:30 p.m. |
| | ) | Judge: The Honorable |
| | ) | Susan Oki Mollway |
| | ) | |
| _____ | ) | |

SENTENCING STATEMENT OF
DEFENDANT YOUNG EUN CHUNG

COMES NOW Defendant YOUNG EUN CHUNG (hereinafter Defendant "CHUNG"), by and through her counsel, William A. Harrison, and hereby submits her Sentencing Statement and Motion for Downward Departure.

## OBJECTION TO THE SENTENCING STATEMENT

Defendant CHUNG has no objections to the facts and statements contained in the Draft PSI.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00036 SOM |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| YOUNG EUN CHUNG, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Sentencing Statement of Defendant YOUNG EUN CHUNG; Motion for Downward Departure, was duly served upon the following parties listed below, in the manner described thereto, at their last-known addresses on December 19, 2006.

                                                                  By U.S. Mail        By e-mail

Michael K. Kawahara, ESQ.                                                                X
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
(Attorney for Plaintiff UNITED STATES OF AMERICA)

Anne M. Shimokawa                                                                        X
U.S. Probation Officer
PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

    DATED:  Honolulu, Hawaii, December 19, 2006.

Law Offices Of:
HARRISON & MATSUOKA                    _/s/ William A. Harrison_____
                                        WILLIAM A. HARRISON
                                        Attorney for Defendant
                                        YOUNG EUN CHUNG