EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00036-01 SOM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| YOUNG EUN CHUNG,     (01), | ) | Date:  February 12, 2007 |
| | ) | Judge: Hon. Susan Oki Mollway |
| Defendant. | ) | |
| _____ | ) | |

GOVERNMENT'S SENTENCING STATEMENT

The government has no objections to the proposed pre-sentence report.

DATED:  January 9, 2007, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ Michael K. Kawahara
                                 MICHAEL K. KAWAHARA
                                 Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

William A. Harrison  wharrison@hamlaw.net    January 9, 2007

   Attorney for Defendant
   Young Eun Chung

Served by hand-delivery:

Probation Officer                                       January 9, 2007
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850


                                                        /s/ Rowena N. Kang