ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 9 2004

at ____ o'clock and ____ min. ____ M.
WALTER A.Y.H. CHINN, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MA 04-0013 KSC-01 |
| | ) | CR 04-00036 SOM-01 |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | FILED IN THE |
| | ) | UNITED STATES DISTRICT COURT |
| YOUNG EUN CHUNG, | ) | DISTRICT OF HAWAII |
| | ) | AUG 19 2008 |
| Defendant(s). | ) | at ___ o'clock and 35 min. ___ M. |
| | ) | SUE BEITIA, CLERK |

### NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Kevin S. C. Chang United States Magistrate Judge in the above-entitled case, Passport Number 6919556 issued at KOREA, on JANUARY 22, 1999 to the above-named defendant, was surrendered to the custody of the Clerk of court on January 9, 2004 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:      ▇▇▇, 1972

Place of Birth:     KOREA

Dated at Honolulu, Hawaii on January 9, 2004.

WALTER A.Y.H. CHINN, Clerk

By: _____
Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 08-19-08          Signature: youngeunchung
                                    Owner of Passport